UNITED STATES BANKRUPTCY COURT
NORTHERN District of TEXAS
DALLAS

| | |
|---|---|
| PLEASE ACCEPT THIS NOTICE & FORWARD TO PARTIES IN INTEREST | TRUSTEE    WALTER 1213 OCHESKEY |
| In Re: BRENNA OBRIEN | Case Number    10-70496<br>Claim Amount    781.12<br>Claim Number    MF 11<br>Chapter    13 |

## Notice of Change of Mailing Address

**The undersigned, VATIV RECOVERY SOLUTIONS, LLC, dba SMC, hereby notices the court and the Trustee of their current mailing and payment addresses:**

Old Address:

PALISADES COLLECTIONS LLC
VATIV RECOVERY SOLUTIONS, LLC, dba SMC
As Agent For PALISADES COLLECTIONS LLC
P.O. Box. 19249
Sugar Land, TX 77496

New Payment and Notices Address:

PALISADES COLLECTIONS LLC
VATIV RECOVERY SOLUTIONS, LLC, dba SMC
As Agent For PALISADES COLLECTIONS LLC
P.O. Box 40728
Houston, TX 77240-0728

BY: _____
Stephen Braun
AVP Director of Litigation
VATIV RECOVERY SOLUTIONS, LLC, dba SMC
A wholly owned subsidiary of Asta Funding, Inc./
Palisades Collection, LLC
P.O. Box 40728
Houston, TX  77240-0728
Phone: (800) 941.8632
Fax: 713.466.8883
Email: bankruptcy@vativrecovery.com

Date:    5/10/2011